UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                        Case No. 3:15-CR-127-05

KEITH BLAKENSHIP,

        Defendant.

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

This matter was before the Court for Final Disposition on Defendant's violation of his conditions of release. Previously, on January 14, 2021, Defendant entered admissions to the violations as alleged by the U.S. Probation Department in a petition filed September 30, 2020. At that time, the Court accepted the admissions and made finding Defendant was in violation of his conditions of release. Further, in open court on June 1, 2021, Defendant entered admissions to Violation(s) #1 and #3 in an amended petition filed May 24, 2021. The Court accepted Defendant's further admissions and having previously made find Defendant was in violation of his conditions of release moved immediately to sentencing.

The Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ten (10) months.** As to this matter, no term of supervised release to follow.

The Court recommends to the United States Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense and he be incarcerated at a Federal Medical Facility for continued treatment of his medical diagnosis, as close to the Dayton, Ohio area consistent with his security status.

The Defendant was remanded to the custody of the United States Marshal Service.

The Defendant was explained his right of appeal and he indicated an understanding of same.

IT IS SO ORDERED.

Date: June 1, 2021

                                              THOMAS M. ROSE, JUDGE
                                              UNITED STATES DISTRICT COURT